UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas P. Granlund,

Plaintiff,

vs.

YUASA, INC., f/k/a/ Yuasa/Exide, Inc., a Delaware corporation

Defendant.

Case No.: 00-CV-412 (ADM/AJB)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that this matter, including all claims which were or could have been asserted therein, be DISMISSED WITH PREJUDICE, and without further cost to the parties herein. The parties agree that each party shall bear their own costs and fees associated with this matter. The parties further request the Court to enter judgment pursuant to this stipulation.

Dated: 6-1-00

BORKON, RAMSTEAD, MARIANI, FISHMAN & CARP, LTD.

[signature]
Howard L. Bolter
#192387
485 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402-1949
Telephone: (612) 335-7155
ATTORNEY FOR PLAINTIFF

Dated: 6-26-00

JACKSON LEWIS SCHNITZLER & KRUPMAN

Susan M. Bazil
David J. Duddleston
Susan M. Bazil
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 341-8131
ATTORNEYS FOR DEFENDANT

JUN 2 8 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the above-entitled matter be dismissed on its merits and with prejudice, and without costs to either party.

Dated: 6/28/00

BY THE COURT:

The Honorable Ann D. Montgomery
U.S. District Court Judge